```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VICTORIA FLORES, individually and on behalf
of all others similarly situated,
                        Plaintiff,

    -against-

                                17 CIVIL 8674

                                **JUDGMENT**

ACE AMERICAN INSURANCE COMPANY,
                        Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 30, 2018, Defendant's Motion to Dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
           May 1, 2018

                                                  RUBY J. KRAJICK
                                                  Clerk of Court
                        BY:
                                                  Deputy Clerk